UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM HAMPTON STEWART, JR. | CIVIL ACTION |
| VERSUS | NO: 16-8529-L |
| MARK E. JENSEN, DDS, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND | JUDGE: ELDON E. FALLON |
| SLIDELL DENTAL ASSOCIATES, LLC D/B/A LOUISIANA DENTAL CENTER | MAG: JOSEPH C. WILKINSON, JR. |
| | JURY TRIAL REQUESTED |

## ORDER FOR FINAL DISMISSAL

NOW INTO COURT, through undersigned counsel comes William Hampton Stewart, Jr, plaintiff herein, and upon suggesting to this Honorable Court that plaintiff desires a dismissal of all claims by him in this action against all defendants, Slidell Dental Associates, LLC D/B/A Louisiana Dental Center, Mark Edward Jensen and National Union Fire Insurance Company of Pittsburgh, PA, with prejudice;

IT IS HEREBY ORDERED, that all of the plaintiff's claims and demands made herein should be and are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 8th day of December, 2016.

HON. ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE